AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Daryl Thomas <br> *Plaintiff* <br> v. <br> Dorchester County Detention Center ; Dorchester County ; Luther Carl Knight; Ray Nash; Daryl Thomas <br> *Defendant* | ) ) ) ) ) ) | Civil Action No.   2:10-cv-1410-RBH-RSC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Report and Recommendation of Magistrate Judge Robert S. Carr is adopted and the Plaintiff's motion to dismiss is granted. All of the Plaintiff's federal claims are dismissed with prejudice. Plaintiff's motion to remand is granted and this case is remanded to the South Carolina Court of Common Pleas, Dorchester County, South Carolina.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge.

Date:   September 13, 2010                              *CLERK OF COURT*   Larry W. Propes

                                                        s/Heather Hillman
                                                        *Signature of Clerk or Deputy Clerk*